GERALD P. COOGAN, Appellant, *v.* ST. BERNARD'S CHURCH, SARANAC LAKE, Respondent.

(Submitted October 18, 1933; decided November 21, 1933.)

*John T. DeGraff, Rollin B. Sanford* and *S. D. Matthews* for appellant.

*William J. Herron, Jr.,* and *George J. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: KELLOGG, J.